AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.
FRANCIS R. MITCHELL

Palm Bay, FL 32909

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-16-GMS

**REDACTED**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | Date and Time<br>3/31/05 at 1:00 PM |

To answer a(n)
[X] Indictment  [ ] Information  [ ] Complaint  [ ] Violation Notice  [ ] Probation Violation Petition

Charging you with a violation of Title __26__ United States Code, Section(s) __7206(1)__

Brief description of offense:

FALSE STATEMENT ON INCOME TAX RETURNS

FILED
2005 APR 13 AM 9:56
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By: /s/ V. Duncan, Deputy Clerk
Signature of Issuing Officer

3/22/05 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

☒) Summons in a Criminal Case

## RETURN OF SERVICE

Date

Service was made by me

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via air mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _3-26-05_
Date

_DW Thomas_
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.