*FILED IN OPEN COURT 3/10/06*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>**FRANCIS R. MITCHELL**<br><br>       Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR 05-16 SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this _9_ day of _March_, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
MAR 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE