*FILED IN OPEN COURT 3/10/06*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

v.                                             Criminal Action No. 05-16 GMS

FRANCIS R. MITCHELL

### WAIVER OF DEFENDANT'S PRESENCE AT
### ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, FRANCIS R. MITCHELL, the above-named Defendant, pursuant to Federal Rule of Criminal Procedure 10, do hereby waive my right to be present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the Indictment.

_____        _____
Counsel for Defendant [Signature]              Francis R. Mitchell

**CHRISTOPHER S. KOYSTE**
Printed Name of Defense Counsel

**704 KING STREET, SUITE 110**
Defense Counsel Address

**WILMINGTON, DE 19801**
City, State, Zip Code

Date: 2-28-2006


FILED
MAR 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND
### RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment *and this initial* and Entry of Not Guilty Plea and direct the plea of not guilty to be received for filing.

_____
UNITED STATES MAGISTRATE JUDGE

Date: 3/9/06