*FILED IN OPEN COURT 3/10/06*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
) CASE NO. CR 05-16 SLR
vs. )
)
Francis R. Mitchell )
)
       Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *March 9, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *May 25, 2006*. The time between the date of this order and *May 25, 2006* shall be excludable under the Speedy Trial Act (18 U.S.C. 3161, et seq.).

                                                                   Honorable Mary Pat Thynge
                                                                   U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
MAR 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE