UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-16-GMS |
| | ) | |
| FRANCIS R. MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered Defendant's Motion to Waive the Application of the Speedy Trial Act, **IT IS HEREBY ORDERED** this 30th day of May, 2006, that Defendant's Motion is **GRANTED** and the time period for the filing of pre-trial motions is enlarged from May 25, 2006 by 30 days and excluded from the Speedy Trial Act calculations. Pre-trial motions are to be filed on or before June 25, 2006.

The Honorable Gregory M. Sleet

cc:   AUSA Richard G. Andrews
     AFPD Christopher Koyste