IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-16 GMS |
| | : |
| FRANCIS MITCHELL | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a scheduling conference regarding the above-captioned defendant is scheduled for **Wednesday, July 26, 2006, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE. The conference will be held in chambers and counsel only need appear.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

June 27, 2006