IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal No. 05-16 (GMS) |
| | : | |
| FRANCIS MITCHELL, | | |
| | : | |
| Defendant. | : | |

## RE-NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned defendant currently scheduled for Tuesday, July 25, 2066, at 11:00 a.m. before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, Delaware has been **RESCHEDULED** to **Monday, July 24, 2006, at 2:00 p.m.** The conference will be held in chambers and counsel only need appear.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

July 19, 2006