IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-16 GMS |
| | : |
| FRANCIS MITCHELL | : |

## ORDER TO EXCLUDE TIME

A scheduling conference was held in the above-captioned case on July 24, 2006. A further status conference is scheduled for September 13, 2006, at 11:00 a.m., in chambers. The court concludes that the ends of justice are served by a postponement of this case and that those interests outweigh the best interests of the public and the defendant in a speedy trial. Additionally, a pretrial motion was filed on June 23, 2006 (D.I. 10).

For the aforementioned reasons IT IS HEREBY ORDERED THAT:

The time period between the date of this Order and September 13, 2006, shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
UNITED STATES DISTRICT JUDGE

July __25__, 2006