IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-16-GMS |
| FRANCIS MITCHELL, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment. On December 18, 2006, pursuant to a plea agreement, the defendant entered a guilty plea in the United States District Court for the Middle District of Florida to a two count Information charging the filing of false tax returns, which Information was transferred to that district from the District Court for the District of Delaware by means of a Rule 20 transfer.

COLM F. CONNOLLY
United States Attorney

By: _/s/_
Edmond Falgowski
Assistant United States Attorney

Dated: 1-25-07

IT IS SO ORDERED this 25th day of Jan., 2007.

_/s/_
HONORABLE GREGORY M. SLEET
United States District Court

FILED
JAN 25 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE